UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :
                               :    Crim. Nos.   05-029
                               :                 05-030
        v.                     :                 05-506
                               :
                               :    ORDER
JOSEPH FERRAGAMO,              :
        Defendant              :

On April 13, 2006, defendant Joseph Ferragamo submitted a sworn affidavit consenting to restitution in the amount of $4,030,486.00 relative to his conviction in the above three captioned cases and waived the previously scheduled restitution hearing which had been scheduled for April 18, 2006. Defendant Ferragamo's affidavit is attached hereto.

Accordingly, it is hereby ORDERED on this ⟶ day of April, 2006, that the United States Probation Department shall submit a confidential list of victim names, addresses and restitution amounts corresponding to the above-referenced restitution figure and this restitution obligation will be incorporated into the Judgement in this case.

_____
HON. WILLIAM H. WALLS
United States District Court Judge

*16 November 2009 nunc pro tunc April 6, 2006*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

**Waiver of Restitution Hearing & Acceptance of Restitution Figure**

JOSEPH FERRAGAMO

Crim. No. 05-029
05-030
05-506

Joseph Ferragamo being duly sworn deposes and says:

1. I have read the letter of A.U.S.A. Hoppock dated April 12, 2006 which indicates a total restitution figure in the matters of United States v Joseph Ferragamo Crim. Nos: 05-029, 05-030 and 05-506 to be $4,030,486.00.

2. I understand the government intends to inform the Probation Department that I should be held jointly and severally liable with 7 other "co-defendants" in the amount of $346,544.00 in the "Bryn Mawr" case.

3. By signing this affidavit I indicate my consent to accept this restitution figure.

4. By signing this affidavit I waive my right to a restitution hearing.

Dated: April 13, 2006

Joseph Ferragamo

Sworn to before me this
13th day of April, 2006

*Holly Frascona*
*Commissioner of Deeds*
*City of N.J. #5-1506*
*Certificate Filed in Richmond*
*Commission Expires January 1, 2009*